## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 35 | **DATE** | 1/16/2008 |
| **CASE TITLE** | United States vs. Imran Malik | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 1/16/08. Defendant appears in response to arrest on 1/15/08. Defendant informed of his rights. Enter Order appointing Alison Siegler as counsel for defendant. Government and defendant agree on certain conditions of release. Status hearing on preliminary examination set for 1/23/08 at 9:30 a.m.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | KF |
|---|---|---|