# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 35 | **DATE** | 1/23/2008 |
| **CASE TITLE** | United States vs. Imran Malik | | |

**DOCKET ENTRY TEXT**

Status hearing held on 1/23/08. Government's oral motion to dismiss the complaint against Imran Malik is granted. The Government is ordered to immediately return all seized property to Imran Malik.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | KF |
|---|---|---|